TRACY, Respondent, v. FIRST PRESBYTERIAN CHURCH SOCIETY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Harriet Tracy against the First Presbyterian Church Society of Rochester. No opinion. Judgment and order affirmed, with costs.

In re TRIPPETT. (Supreme Court, Appellate Division, First Department. June 9, 1911.) In the matter of Harold W. Trippett. No opinion. Respondent disbarred. Settle order on notice.

TROHN, Respondent, v. KENDALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Abraham Trohn against Edwin F. Kendall and others. No opinion. Motion to dismiss appeal denied, without costs.

TRUSTEES OF PRESBYTERY OF NEW YORK v. WESTMINSTER PRESBYTERIAN CHURCH OF WEST TWENTY-THIRD ST. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the Trustees of the Presbytery of New York against the Westminster Presbyterian Church of West Twenty-third Street. No opinion. Motion dismissed, with $10 costs. Settle order on notice. See, also, 128 N. Y. Supp. 1148.

TUCKER, Appellant, v. SCHWED, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Edith M. Tucker against Emil H. Schwed. C. B. McLaughlin, for appellant. B. H. Stern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TURNBULL, Respondent, v. GARDNER, Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Action by Richard Turnbull, as Overseer of the Poor of the Town of New Lisbon, N. Y., against G. Arthur Gardner. No opinion. Motion granted, unless the appellant within 20 days files and serves printed case upon the respondent and pays the $20 costs fixed by the previous order, in which case motion denied, without costs. See, also, 140 App. Div. 943, 125 N. Y. Supp. 1147.

TURNER, Appellant, v. BUOBOLIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Sarah J. Turner against Nicholas Buobolis and others. No opinion. Order affirmed, with $10 costs and disbursements.

TUTTLE, Appellant, v. LAKE SHORE & M. S. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Catherine Tuttle, as administratrix, against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment and order affirmed, with costs. See, also, 122 App. Div. 900, 107 N. Y. Supp. 1148.

UNION BANK OF BROOKLYN v. SCHNEIDER et al. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by the Union Bank of Brooklyn against David Schneider and others. No opinion. Motion denied, with costs. See, also, 128 N. Y. Supp. 878.

UNITED DRESSED BEEF CO., Respondent, v. BURRELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by the United Dressed Beef Company against James Burrell and Thomas Burrell, copartners, etc. No opinion. Motion granted, without costs. See, also, 140 App. Div. 131, 124 N. Y. Supp. 1072.

VAILLANT, Respondent, v. VAILLANT, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Carrie Vaillant against Henry Vaillant. No opinion. Order affirmed, with $10 costs and disbursements.

VAN BEUREN et al. v. RUTHERFORD REALTY CO. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Frederick T. Van Beuren and others against the Rutherford Realty Company. No opinion. Application denied, with $10 costs. Order signed.

VAN DEUSEN, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Frank Van Deusen against Albert E. Powers. No opinion. Order affirmed, with $10 costs and disbursements.

In re VAN DUSEN. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) In the matter of the application of Orville J. Van Dusen to lay out a highway in the Town of Caldwell, Warren County, N. Y. No opinion. Order affirmed, with costs. See, also, 132 App. Div. 592, 116 N. Y. Supp. 915.

VAN HORN, Appellant, v. AMBORN, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by Catharine Van Horn against Katharine Amborn, impleaded with others. A. Steckler, for appellant. E. H. Westerfield, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

VAN WART et al. v. POSTER. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Washington I. Van Wart and others against Harry Poster. No opinion. Application denied, with $10 costs. Order signed.

VILLAGE OF CHARLOTTE, Appellant, v. KEON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by the Village of Charlotte against John M. Keon. No opinion. Motion for leave to appeal to Court of Appeals granted. For former opinions, see 128 N. Y. Supp. 80; 128 N. Y. Supp. 1149.